ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendants U.S. Bank, N.A., as Trustee on behalf of the LXS 2006-16N Trust Fund and Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR EINHORN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>US BANK, NATIONAL ASSOCIATION, as Trustee on behalf of the LXS 2006-16N Trust Fund, NATIONSTAR MORTGAGE, LLC, a Delaware corporation, TD SERVICE COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   2:15-cv-01000-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

TD Service Company, U.S. Bank, N.A., as trustee on behalf of the LXS 2006-16N Trust Fund (**U.S. Bank**), Nationstar Mortgage, LLC (**Nationstar**), and plaintiff Arthur Einhorn hereby stipulate and agree to dismiss all remaining claims in this action, without prejudice.

...

...

...

...

...

Each party will bear its own fees and costs.

DATED this____ day of November, 2015.

| JEFFREY A. COGAN, ESQ. LTD. | AKERMAN LLP |
|---|---|
| By: /s/ Jeffrey A. Cogan<br>JEFFREY A. COGAN, ESQ.<br>Nevada Bar No. 4569<br>6900 Westcliff Drive, Suite 602<br>Las Vegas, Nevada 89145<br>Telephone (702) 474-4220<br>Facsimile (702) 474-4228<br>*Attorney for Plaintiff* | By: /s/<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>*Attorneys for Defendants U.S. Bank, N.A.,* |

**WRIGHT, FINLAY & ZAK**

By: /s/
EDGAR C. SMITH, ESQ.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone (702) 475-7964
Facsimile (702) 946-1345
*Attorney for TD Service Company*

## ORDER

Upon stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that this case be, and hereby is, dismissed, without prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 23, 2015